Kenneth M. Seeger (State Bar No. 135862)
CROSBY, HEAFEY, ROACH & MAY
Professional Corporation
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Michael K. Brown (State Bar No. 104252)
Marilyn A. Moberg (State Bar No. 126895)
Ginger F. Heyman (State Bar No. 162908)
Anita Jain (State Bar No. 192961)
CROSBY, HEAFEY, ROACH & MAY
Professional Corporation
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Attorneys for Defendants
Sulzer Orthopedics Inc. and Sulzer Medica USA Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE TANNER and CHRIS TANNER,<br><br>Plaintiffs,<br><br>vs.<br><br>SULZER ORTHOPEDICS INC., a Delaware Corporation; SULZER MEDICA USA INC., a Delaware Corporation; DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV 01-8562 GAF (Mcx)<br><br>(Superior Court of California, County of Los Angeles, Central Judicial District, Case No. BC256129)<br><br>**STIPULATION FOR REMAND TO STATE COURT AND [PROPOSED] ORDER** |

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD

- 1 -

15278386.1

STIPULATION FOR REMAND TO STATE COURT AND [PROPOSED] ORDER

## STIPULATION FOR REMAND TO STATE COURT

It is hereby stipulated and agreed, by and between the parties through their respective attorneys of record, that the above-captioned action be remanded to Los Angeles Superior Court.

DATED: November 8, 2001.

CROSBY, HEAFEY, ROACH & MAY
Professional Corporation

By _____
Marilyn A. Moberg
Anita Jain
Attorneys for Defendants
Sulzer Orthopedics Inc. and Sulzer
Medica USA Inc.

DATED: November 6, 2001

GRIMM & SCHOLNICK

By _____
Robert M. Scholnick
Andrew R. Steiker
Attorneys for Plaintiffs
Joyce Tanner and Chris Tanner

IT IS SO ORDERED: 11/12/01

_____
U.S. DISTRICT JUDGE

- 2 -

15278386.1

STIPULATION FOR REMAND TO STATE COURT AND [PROPOSED] ORDER

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is CROSBY, HEAFEY, ROACH & MAY Professional Corporation, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071. On November 8, 2001, I served the following document(s) by the method indicated below:

**STIPULATION FOR REMAND TO STATE COURT AND [PROPOSED] ORDER**

☐ by transmitting via facsimile on this date from fax number (213) 457-8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

Robert M. Scholnick
Grimm & Scholnick
17422 Chatsworth St.
Granada Hills, CA 91344-5717

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 8, 2001, at Los Angeles, California.

Griselda Munoz

15272852.1